CATHERINE HEATH et al., as Executors of GEORGE H. HEATH, Deceased, Appellants, *v.* NEW YORK BUILDING LOAN BANKING COMPANY, Respondent.

*Heath* v. *N. Y. Building Loan Co.*, 91 Hun, 170, appeal dismissed. (Argued June 13, 1898 ; decided June 14, 1898.)

MOTION to dismiss an appeal from an order of the late General Term of the Supreme Court in the second judicial department, made December 2, 1895, reversing an order of Special Term granting a new trial and denying to defendant a final judgment.

The original plaintiff having died pending appeal to the Court of Appeals, his executors were substituted as appellants herein.

The motion was made upon the grounds that the order is not reviewable by the Court of Appeals ; that any right of review, if any ever existed, has been waived and lost in consequence of the proceedings herein subsequent to the making of the order, and that a review at this time would amount to nothing more than a decision of an abstract question.

*William H. Hamilton* for motion.

*Hector M. Hitchings* opposed.

Appeal dismissed, with costs.